PS 8
(8/88)

# United States District Court
### for
### SOUTHERN DISTRICT OF CALIFORNIA

FILED
06 DEC 14 AM 11:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

U. S. A. vs. CUENCA MIRANDA, DASAEB
Register #: 99942-198

Docket No. 06CR1910-BEN-001

## Petition for Action on Conditions of Pretrial Release

Comes now Tisha Garcia Pretrial Services Officer presenting an official report upon the conduct of defendant DASAEB CUENCA MIRANDA, who was placed under pretrial release supervision by the Honorable Leo S. Papas sitting in the court at San Diego, on the 18th day of August, 2006, under the following conditions: restrict travel to Southern and Central Districts of California; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; remain at specified residence (curfew) between the hours of 7:00 p.m. and 6:00 a.m. daily; actively seek and maintain full-time employment, schooling, or combination both.

**RESPECTFULLY PRESENTING PETITION FOR ACTION AS FOLLOWS:**

Condition violated:
Report to Pretrial Services as directed by the assigned Pretrial Services Officer.

Grounds for violation:
The defendant reports to the Central District of California Pretrial Services Office. The defendant signed reporting instructions directing him to report by telephone each Monday and in person once per month by appointment.

**Allegations:**
**(1) The defendant failed to report in person for the month of November 2006, and failed to report as directed and scheduled on December 6, 2006.**
**(2) The defendant failed to report by telephone on the following Mondays: October 23, 30, 2006; and November 6, 13, 20, 27, 2006.**

Condition violated:
Remain at a specified residence for a curfew between the hours of 7:00 p.m. and 6:00 a.m. daily.

Grounds for violation:
The defendant has not provided Pretrial Services his current residence and home telephone number. On December 7, 2006, at 9:00 p.m., Pretrial Services attempted to contact the defendant via cell phone for a curfew check. There was no answer at the defendant's contact number.

**Allegation:**
**(3) The defendant was not at his specified residence on December 7, 2006, at 9:00 p.m., as there was no answer on his reported contact number.**

U. S. A. vs. CUENCA MIRANDA, DASAEB　　　　　　　　　Docket No. 06CR1910-BEN-001
Register #: 99942-198

## Petition for Action on Conditions of Pretrial Release

**PRAYING THE COURT WILL ISSUE A "NO BAIL" BENCH WARRANT TO BRING THE DEFENDANT BEFORE THE COURT TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this __13__ day of __Dec__, 2006 and ordered filed and made a part of the records in the above case.

_/s/ Roger T. Benitez_
Roger T. Benitez, U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __12/8/2006__

Respectfully,
_/s/ Tisha Garcia_
Tisha Garcia, U.S. Pretrial Services Officer

Place __San Diego, California__

Date __December 8, 2006__



Client Name: CUENCA-MIRANDA , Dasaeb
Officer: Garcia, Tisha